# Electronic Articles of Organization
## For
## Florida Limited Liability Company

L15000033837
FILED 8:00 AM
February 23, 2015
Sec. Of State
kasaly

### Article I

The name of the Limited Liability Company is:

MYCARECOACH, LLC

### Article II

The street address of the principal office of the Limited Liability Company is:

8374 MARKET STREET
SUITE 472
LAKEWOOD RANCH, FL. US 34202

The mailing address of the Limited Liability Company is:

8374 MARKET STREET
SUITE 472
LAKEWOOD RANCH, FL. US 34202

### Article III

The name and Florida street address of the registered agent is:

MICHAEL R CAREY
712 S. OREGON AVE.
TAMPA, FL. 33606

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: MICHAEL R. CAREY



EXHIBIT "B"

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
BOB TALBOT
8374 MARKET STREET, SUITE 472
LAKEWOOD RANCH, FL. 34202 US

L15000033837
FILED 8:00 AM
February 23, 2015
Sec. Of State
kasaly

## Article V

The effective date for this Limited Liability Company shall be:

02/23/2015

Signature of member or an authorized representative

Electronic Signature: VALERIE HOLLAND

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.