UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT V. TALBOT and
MYCARECOACH, LLC, a Florida
limited liability company,

    Plaintiffs,

v.                                                                    CASE NO. 8:15-CV-1313-T-24TBM

SCOTT R. ANDERSON and
MYCARECOACH, LLC, an Illinois
limited liability company,

    Defendants.
_____/

MOTION FOR PROTECTIVE ORDER

NOW COMES Defendants, SCOTT R. ANDERSON and MYCARECOACH LLC, an Illinois limited liability Company, by Michelle N. Schneiderheinze, its attorney, and moves the Court, pursuant to Federal Rule of Civil Procedure 26(c), for a protective order, and in support thereof, states the following:

1.  Plaintiffs have served Interrogatories and Requests To Produce on Defendants in the above-captioned matter which seek confidential and proprietary information.

2.  To date, Defendants have produced over 3000 pages of documents in response to Plaintiffs' discovery requests.

3.  Defendants have proposed the attached Protective Order to Plaintiffs' counsel in an attempt to resolve concerns regarding disclosure of additional documents which contain confidential and proprietary information.

4. Plaintiffs' counsel has objected to the inclusion of an "Attorneys Eyes Only" provision in the proposed order.

5. Plaintiffs have requested documents which contain details about Defendants' current and prospective customers.

6. Plaintiffs have requested documents which contain trade secret information about Defendants' business.

7. On information and belief, Plaintiff Robert Talbot has taken steps to directly compete with Defendants' business.

8. Disclosure of the above referenced documents and information could subject Defendants to undue harm in the marketplace, resulting in Defendants being placed at a competitive disadvantage.

9. Federal Rule of Federal Procedure 26(c) in relevant part, empowers this Court to order "that discovery be conducted with no one present except persons designated by the court."

10. The entry of an appropriate protective order is needed to protect the business interests of Defendants and the confidentiality of information contained in the documents in question.

11. The undersigned, hereby certifies that she has personally consulted with Thomas Dart, counsel for Plaintiffs, in accordance with Rule of Federal Procedure 26(c), but after attempts to resolve their differences the parties have been unable to reach an accord.

WHEREFORE, Defendants pray that the Court enter an order of protection as requested hereinabove and for such further relief as the Court deems appropriate under the circumstances.

                              Respectfully Submitted,

                              */s/Michelle N. Schneiderheinze*
                              MICHELLE N. SCHNEIDERHEINZE
                              Illinois Bar No.  6272646
                              Email: michelle@hunzikerlaw.com
                              Hunziker Heck & Schneiderheinze LLC
                              416 Main Street Suite 1600
                              Peoria, IL 61602
                              (309) 676-7777
                              (309) 676-1326(fax)

                              *Attorney for Defendants Scott R. Anderson and MyCareCoach, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

THOMAS H. DART
Adams and Reese LLP
1515 Ringling Boulevard, Suite 700
Sarasota, Florida 34236

P. MATTHEW LUKA
Trombley & Hanes, P.A.
707 N. Franklin St., 10th Floor
Tampa, FL 33602

/s/ *Michelle N. Schneiderheinze*
MICHELLE N. SCHNEIDERHEINZE
Illinois Bar No. 6272646
Email: michelle@hunzikerlaw.com
Hunziker Heck & Schneiderheinze LLC
416 Main Street Suite 1600
Peoria, IL 61602
(309) 676-7777
(309) 676-1326(fax)

*Attorney for Defendants Scott R. Anderson and MyCareCoach, LLC.*