IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT V. TALBOT and
MYCARECOACH, LLC, a Florida
limited liability company,

    Plaintiffs,

v.                              CASE NO. 8:15-cv-1313-SCB-TBM

SCOTT R. ANDERSON and
MYCARECOACH, LLC, an Illinois
limited liability company,

    Defendants.
_____/

## PLAINTIFFS', ROBERT V. TALBOT and MYCARECOACH, LLC, a Florida limited liability company, FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

TO:    SCOTT R. ANDERSON and
        MYCARECOACH, LLC, an Illinois limited liability company
        c/o MICHELLE N. SCHNEIDERHEINZE, ESQ.
        Hunziker Heck & Schneiderheinze LLC
        416 Main Street, Ste. 1600
        Peoria, IL 61602

Plaintiffs, ROBERT V. TALBOT and MYCARECOACH, LLC, a Florida limited liability company, pursuant to Fed.R.Civ.P. 34, requests the Defendants, SCOTT R. ANDERSON and MYCARECOACH, LLC, an Illinois limited liability company, to produce for inspection and copying the originals and all non-identical copies of the following designated documents in your possession, custody or control or which can be discovered by reasonably diligent efforts within thirty (30) days of the service of this Request, or such shorter time as the Court may allow. The production of documents is subject to the definitions and instructions listed herein.

1

38939292-1

Exhibit "A"

## I. DEFINITIONS

1. As employed herein, "**you**" or "**Anderson**" shall refer to the Defendant, SCOTT R. ANDERSON, and all of the agents, employees, attorneys, representatives, and all other persons acting on behalf of SCOTT R. ANDERSON.

2. As employed herein, "**Talbot**" shall refer to the Plaintiff, ROBERT V. TALBOT, and all of the agents, employees, attorneys, representatives, and all other persons acting on behalf of ROBERT V. TALBOT.

3. As employed herein, "**Florida LLC**" shall refer to the Plaintiff, MYCARECOACH, LLC, a Florida limited liability company, and all of the agents, employees, attorneys, representatives, and all other persons acting on behalf of MYCARECOACH, LLC, a Florida limited liability company.

4. As employed herein, "**Illinois LLC**" shall refer to the Defendant, MYCARECOACH, LLC, an Illinois limited liability company, and all of the agents, employees, attorneys, representatives, and all other persons acting on behalf of MYCARECOACH, LLC, an Illinois limited liability company.

5. The term "**document(s)**" means any written or graphic material or other means of preserving thought or expression, and any tangible thing from which information can be obtained, including but not limited to, correspondence, memoranda, notes, messages, letters, telegrams, teletype, telefax, bulletins, meetings or other communications, interoffice and intraoffice telephone calls, diaries, chronological data, minutes, books, reports, charts, ledgers, invoices, worksheets, receipts, returns, computer printouts, prospectuses, financial statements, schedules, affidavits, contracts, canceled checks, transcripts, statistics, surveys, magazine or

38939292-1

newspaper articles, releases (and any and all drafts, alterations and modifications, changes and amendments of any of the foregoing), photographs, charts, graphs, microfiche, microfilm, videotape, recordings, and motion pictures.

The term "**document(s)**" also includes computer programs and electronic, mechanical or electric recordings or representations of any kind (including without limitation, tapes, cassettes, discs and recordings), hard copy printouts of computer systems data stored on any archive medium, including any "e-mail" communications or the equivalent thereof, as well as the written information or instruction materials necessary to understand and use such materials or records.

If any document has been prepared in several copies which are not identical, or if the original identical copies are no longer identical by reason of subsequent notation or other modification, including, but not limited to, notations on the backs of pages thereto, each non-identical copy is a separate document within the meaning of the term "document(s)" as defined above.

6. The term "**person**" includes both natural persons and non-natural persons (or business entities). The term "person" also includes any employees, agents, attorneys, representatives, directors, officers, members and partners of such person.

7. The term "**Venture**" shall refer to the proposed business venture referenced in paragraph 6 of the Verified Amended Complaint.

8. The term "**Offering Memorandum**" shall refer to the offering memorandum attached as Exhibit "A" to the Verified Amended Complaint.

## II. INSTRUCTIONS
## AS TO ELECTRONIC DATA

1. Electronic data is a source of discovery and/or evidence. Florida law and court rules pertaining to the preservation of records applies to electronic data in substantially the same manner as applied to paper records. Therefore, electronic data pertaining in any manner whatsoever to this lawsuit, whether stored on-line or archived off-line, should be preserved.

3

38939292-1

## AS TO CLAIM OF PRIVILEGE, WORK PRODUCT, ETC.

2. With respect to those documents withheld from production as being privileged or subject to protection as trial preparation material, you are requested to identify each such document in accordance with Fla. R. Civ. P. 1.280(b)(5).

3. If it is maintained that any document which is requested has been destroyed, set forth the contents of the document, the date of such destruction and the name of the person who authorized or directed such destruction.

4. Any of the documents that cannot be produced in full, should be produced to the extent possible, specifying the reasons for the inability to produce the remainder.

### III. TIME AND PLACE OF PRODUCTION

You are requested to produce the documents designated in part IV hereof at the offices of Adams and Reese LLP, 1515 Ringling Boulevard, Suite 700, Sarasota, Florida 34236, within the time required by the Federal Rules of Civil Procedure, or at such other time and place, as the parties may agree.

### IV. CATEGORIES OF DOCUMENTS TO BE PRODUCED

1. Any and all documents relating to Illinois LLC.

2. Any and all documents relating to Florida LLC.

3. Any and all documents relating to the Venture.

4. Any agreements between Illinois LLC and any other party.

5. Any agreements between Anderson and any other party regarding Illinois LLC.

6. Any and all documents or things relating to any communications between Anderson and Talbot regarding a proposed business venture.

7. Any and all documents or things relating to any actions taken by Anderson in connection with the Venture.

8. Any and all documents or things relating to any actions taken by Anderson in connection with Illinois LLC.

9. Any and all documents or things relating to the Offering Memorandum.

10. Any and all documents or things relating to any communications between Anderson and any other person regarding the Venture.

11. Any and all documents or things relating to any proposed investor for the Venture and/or the Florida LLC.

12. Any and all documents or things relating to any actual or proposed investor for the Illinois LLC.

13. Any and all documents or things relating to any communications with potential clients or customers of Florida LLC and/or Illinois LLC.

14. Copies of any notes reflecting any discussions regarding the Venture, Florida LLC and/or Illinois LLC.

15. Any and all documents or things relating to any expenditures for Illinois LLC.

Date: September 30, 2015

Respectfully submitted,

/s/ Thomas H. Dart
Thomas H. Dart, Esquire
Florida Bar No. 0228788
Jason T. Gaskill, Esquire
Florida Bar No. 0839051
Primary E-mail: tom.dart@arlaw.com
Primary E-mail: jason.gaskill@arlaw.com
Secondary E-mail: deborah.woodson@arlaw.com
ADAMS AND REESE LLP
1515 Ringling Boulevard, Suite 700
Sarasota, Florida 34236
Telephone: 941-316-7600
Fax: 941-316-7903
*Counsel for Plaintiffs*

5

38939292-1

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2015, a copy of the foregoing First Request for Production to Defendants was provided to counsel listed below via e-mail on this day:

| | |
|---|---|
| Michelle N. Schneiderheinze, Esquire<br>Hunziker Heck & Schneiderheinze LLC<br>416 Main Street, Suite 1600<br>Peoria, IL 61602<br>E-mail: michelle@hunzikerlaw.com<br>*Counsel for Defendants* | P. Matthew Luka, Esquire<br>Trombley & Hanes, P.A.<br>707 North Franklin Street, 10th Floor<br>Tampa, FL 33602<br>E-mail: mluka@trombleyhaneslaw.com<br>*Counsel for Defendants* |

/s/ *Thomas H. Dart*
Thomas H. Dart, Esquire
Florida Bar No. 0228788
tom.dart@arlaw.com