IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT V. TALBOT and
MYCARECOACH, LLC, a Florida
limited liability company,

      Plaintiffs,

v.                                   CASE NO. 8:15-cv-1313-SCB-TBM

SCOTT R. ANDERSON and
MYCARECOACH, LLC, an Illinois
limited liability company,

      Defendants.

_____/

## PLAINTIFFS' NOTICE OF SERVING INTERROGATORIES TO DEFENDANTS

TO:    SCOTT R. ANDERSON and MYCARECOACH, LLC,
       an Illinois limited liability company
       c/o MICHELLE N. SCHNEIDERHEINZE, ESQ.
       Hunziker Heck & Schneiderheinze LLC
       416 Main Street, Ste. 1600
       Peoria, IL 61602

      YOU ARE HEREBY NOTIFIED that the Plaintiffs, ROBERT V. TALBOT and MYCARECOACH, LLC, a Florida limited liability company, have served upon the Defendants, SCOTT R. ANDERSON and MYCARECOACH, LLC, an Illinois limited liability company, on October 12, 2015, eight (8) interrogatories to be answered under oath pursuant to Rule 33, Federal Rules of Civil Procedure.

Date:   October 12, 2015

                                  Respectfully submitted,

                                  */s/ Thomas H. Dart*
                                  Thomas H. Dart, Esquire
                                  Florida Bar No. 0228788
                                  Jason T. Gaskill, Esquire
                                  Florida Bar No. 0839051
                                  Primary E-mail: tom.dart@arlaw.com
                                  Primary E-mail: jason.gaskill@arlaw.com
                                  Secondary E-mail: deborah.woodson@arlaw.com
                                  ADAMS AND REESE LLP
                                  1515 Ringling Boulevard, Suite 700
                                  Sarasota, Florida 34236
                                  Tel.: 941-316-7600/Fax: 941-316-7903
                                  *Counsel for Plaintiffs*

Exhibit "B"

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2015, a copy of the foregoing First Set of Interrogatories to Defendants was provided to counsel listed below via e-mail on this day:

| | |
|---|---|
| Michelle N. Schneiderheinze, Esquire<br>Hunziker Heck & Schneiderheinze LLC<br>416 Main Street, Suite 1600<br>Peoria, IL 61602<br>E-mail: michelle@hunzikerlaw.com<br>*Counsel for Defendants* | P. Matthew Luka, Esquire<br>Trombley & Hanes, P.A.<br>707 North Franklin Street, 10th Floor<br>Tampa, FL 33602<br>E-mail: mluka@trombleyhaneslaw.com<br>*Counsel for Defendants* |

*/s/ Thomas H. Dart*
Thomas H. Dart, Esquire
Florida Bar No. 0228788
tom.dart@arlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT V. TALBOT and
MYCARECOACH, LLC, a Florida
limited liability company,

      Plaintiffs,

v.                                  CASE NO. 8:15-cv-1313-SCB-TBM

SCOTT R. ANDERSON and
MYCARECOACH, LLC, an Illinois
limited liability company,

      Defendants.

_____/

### PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS

TO:    SCOTT R. ANDERSON and MYCARECOACH, LLC,
       an Illinois limited liability company
       c/o MICHELLE N. SCHNEIDERHEINZE, ESQ.
       Hunziker Heck & Schneiderheinze LLC
       416 Main Street, Ste. 1600
       Peoria, IL 61602

PURSUANT TO RULE 33, Federal Rules of Civil Procedure, the Defendants, SCOTT R. ANDERSON and MYCARECOACH, LLC an Illinois limited liability company, in the above styled case are required to answer separately and fully and in writing and under oath within the time prescribed by Rule 33, Federal Rules of Civil Procedure, the following interrogatories:

### DEFINITIONS AND INSTRUCTIONS

The following definitions and instructions are incorporated by reference into each of the Interrogatories set forth below.

1.    As employed herein, "**you**" or "**Anderson**" shall refer to the Defendant, SCOTT R. ANDERSON, individually and all of the agents, employees, attorneys, representatives, and all other persons acting on behalf of MYCARECOACH, LLC, an Illinois limited liability company.

39785614v1

2.      As employed herein, **"Talbot"** shall refer to the Plaintiff, ROBERT V. TALBOT, and all of the agents, employees, attorneys, representatives, and all other persons acting on behalf of ROBERT V. TALBOT.

3.      As employed herein, **"Florida LLC"** shall refer to the Plaintiff, MYCARECOACH, LLC, a Florida limited liability company, and all of the agents, employees, attorneys, representatives, and all other persons acting on behalf of MYCARECOACH, LLC, a Florida limited liability company.

4.      As employed herein, **"Illinois LLC"** shall refer to the Defendant, MYCARECOACH, LLC, an Illinois limited liability company, and all of the agents, employees, attorneys, representatives, and all other persons acting on behalf of MYCARECOACH, LLC, an Illinois limited liability company.

5.      The term **"document(s)"** means any written or graphic material or other means of preserving thought or expression, and any tangible thing from which information can be obtained, including but not limited to, correspondence, memoranda, notes, messages, letters, telegrams, teletype, telefax, bulletins, meetings or other communications, interoffice and intraoffice telephone calls, diaries, chronological data, minutes, books, reports, charts, ledgers, invoices, worksheets, receipts, returns, computer printouts, prospectuses, financial statements, schedules, affidavits, contracts, canceled checks, transcripts, statistics, surveys, magazine or newspaper articles, releases (and any and all drafts, alterations and modifications, changes and amendments of any of the foregoing), photographs, charts, graphs, microfiche, microfilm, videotape, recordings, and motion pictures.

The term **"document(s)"** also includes computer programs and electronic, mechanical or electric recordings or representations of any kind (including without

limitation, tapes, cassettes, discs and recordings), hard copy printouts of computer systems data stored on any archive medium, including any "e-mail" communications or the equivalent thereof, as well as the written information or instruction materials necessary to understand and use such materials or records.

If any document has been prepared in several copies which are not identical, or if the original identical copies are no longer identical by reason of subsequent notation or other modification, including, but not limited to, notations on the backs of pages thereto, each non-identical copy is a separate document within the meaning of the term "document(s)" as defined above.

6.    The term **"person"** includes both natural persons and any entities.  The term "person" also includes any employees, agents, attorneys, representatives, directors, officers, members and partners of such person.

7.    The term **"Venture"** shall refer to the proposed business venture referenced in paragraph 6 of the Verified Amended Complaint.

8.    The term **"Offering Memorandum"** shall refer to the offering memorandum attached as Exhibit "A" to the Verified Amended Complaint.

9.    **"Relating to"** means concerning, respecting, referring to, summarizing, digesting, embodying, supporting, reflecting, establishing, tending to establish, tending not to establish, evidencing, comprising, connected with, commenting on, responding to, disagreeing with, showing, describing, analyzing, representing, constituting, or including.

10.    **"Identification of a document"** means state the date and author, type of document, the intended recipient or audience, the title, heading or destination, a summary of its contents or other means of identifying it, and its present location and custodian.  If

any such document is no longer within your possession or control, state what disposition was made of it and the date of such disposition.

11.     **"Identification of a person"** means state his or her full name and present home and business address, present or last known position and business or agency affiliation, and his or her position and business affiliation at the time referred to in these interrogatories.

12.     If any objection or privilege is claimed with respect to any interrogatory or part of interrogatory, please state the specific nature of the objection or privilege claimed and the factual basis for asserting the same.

13.     The singular and masculine form of a noun or pronoun shall embrace the plural, the feminine, and/or the neuter, and vice-versa, as the particular context makes appropriate.

39785614v1

<u>**INTERROGATORIES**</u>

<u>**INTERROGATORY NO. 1:**</u>

Please identify all members of the Illinois LLC.

<u>**ANSWER:**</u>

<u>**INTERROGATORY NO. 2:**</u>

Please identify any persons or entities that have invested any monies in the Illinois LLC or provided any type of financing to the Illinois LLC for any of its activities.

<u>**ANSWER:**</u>

39785614v1

**INTERROGATORY NO. 3:**

Please identify all persons or entities with whom the Illinois LLC has contracted in any capacity, and identify any such contract.

**ANSWER:**

**INTERROGATORY NO. 4:**

Please identify all persons who are employed by the Illinois LLC as an employee, independent contractor, agent or otherwise and identify any employment agreements or other agreements with said persons or entities.

**ANSWER:**

39785614v1

## INTERROGATORY NO. 5:

Please identify all persons or entities with whom you, or any person on behalf of the Illinois LLC, had communications concerning securing financing for the activities of the Illinois LLC and provide the date(s) of any such communications.

**ANSWER:**

## INTERROGATORY NO. 6:

Please identify any persons or entities to, with or for whom, the Illinois LLC or you provide any services related to CPT Code 99490, and provide the nature of the services, and any contracts or agreements with said persons or entities.

**ANSWER:**

39785614v1

**INTERROGATORY NO. 7:**

Please describe the nature of the services that the Illinois LLC offers to provide to any third parties.

**ANSWER:**

**INTERROGATORY NO. 8:**

Please identify all persons or entities with whom you, or any person on behalf of the Illinois LLC, had communications concerning the Illinois LLC's services related to CPT Code 99490.

**ANSWER:**

39785614v1

Under the penalties of perjury, I declare that I have read the answers to the interrogatories and the answers in response thereto are accurate and true.

_____
SCOTT R. ANDERSON

MYCARECOACH, LLC, an Illinois
limited liability company

By: _____
        Print Name:_____
        Print Title:_____

STATE OF _____
COUNTY OF _____

    SWORN TO AND SUBSCRIBED before me this _____ day of _____, 2015 by SCOTT R. ANDERSON ( ) who is personally known to me or ( ) has produced _____ as identification.

_____
Signature of Notary Public

_____
Print Name of Notary Public

My commission expires:

STATE OF _____
COUNTY OF _____

    SWORN TO AND SUBSCRIBED before me this _____ day of _____, 2015 by _____, as _____ of MYCARECOACH, LLC, an Illinois limited liability company, on behalf of the company. He/she ( ) is personally known to me or ( ) has produced _____ as identification.

_____
Signature of Notary Public

_____
Print Name of Notary Public

My commission expires:

39785614v1