## Thomas Dart

**From:** Thomas Dart <Thomas.Dart@arlaw.com>
**Sent:** Friday, November 06, 2015 3:28 PM
**To:** Michelle Schneiderheinze
**Subject:** RE: Talbot v. Anderson

Michelle,
We are inclined to reschedule the depositions for the second week in December to allow your client to respond to discovery. Based upon your last emails, it appears that you should be able to provide the documents no later than November 18. We will extend that until November 20th, which should be sufficient time to assimilate and deliver them along with the interrogatory responses. Please confirm on these dates and we will serve an amended Notice.

Regards,
Tom

**From:** Michelle Schneiderheinze [mailto:michelle@hunzikerlaw.com]
**Sent:** Thursday, November 05, 2015 4:32 PM
**To:** Thomas Dart
**Subject:** Re: Talbot v. Anderson

Tom,
We are requesting availability from the client. My schedule is not too bad the first two weeks in December but I will not be able to schedule anything the last two weeks.

On Thu, Nov 5, 2015 at 2:48 PM, Thomas Dart <Thomas.Dart@arlaw.com> wrote:

Michelle,

If we were to move the deposition off for a week or so to accommodate you and your client's production issues, please advise of available dates in early December.

Tom

Exhibit "C"

# Thomas Dart

| | |
|---|---|
| **From:** | Thomas Dart <Thomas.Dart@arlaw.com> |
| **Sent:** | Thursday, November 05, 2015 9:53 AM |
| **To:** | Michelle Schneiderheinze |
| **Cc:** | Greg Hunziker; Jason Gaskill |
| **Subject:** | RE: Talbot v. Anderson |

Michelle,

I am not sure why I am just hearing about this now. I assume that you got the RFP and the Interrogatories, as they have been referenced in several emails. Also, as I believe you are aware, the ECF system deals with filing of papers. These discovery matters are not filed. We do not see where you designated Mr. Hunziker or your paralegal for service for non-filed papers. However we will endeavor to include them in the future.

As to the deposition, consistent with my prior emails to you, we need the responses to discovery a sufficient time prior to the depositions so that we can prepare for the same. While we appreciate that you produced some documents in the initial discovery, it did not contain many of the documents that the we believe are relevant to the issues. I assume that there are numerous other documents responsive to our RFP, which were not produced. As to the protective order, please send that along for our review and we will work to get any issues related to it resolved expeditiously.

Thank you.

Tom

**From:** Michelle Schneiderheinze [mailto:michelle@hunzikerlaw.com]
**Sent:** Wednesday, November 04, 2015 5:46 PM
**To:** Thomas Dart
**Cc:** Greg Hunziker; Jason Gaskill
**Subject:** Re: Talbot v. Anderson

Mr. Dart,
Your Requests to Produce were sent via email to my email address (but not to anyone else at my firm) on September 30, 2015. Your Interrogatories were sent in the same manner on October 12. In the future, please copy Greg Hunziker (greg@hunzikerlaw.com) and our paralegal (Cassandra@hunzikerlaw.com) on any discovery documents (the ECF system is already set up to do this). My oversight, and the fact that no one else from our firm was copied on the notice, caused a calendaring error with respect to the Request to Produce. But, our Answers to your Interrogatories are not yet due.

We have already turned over more than 200 pages of documents with our initial disclosures and we will likely be able to produce most other documents prior to November 18 (as long as we can agree on a protective order). I will attempt to provide you with a complete response by Monday, November 16, 2015, the date the Interrogatory Answers are due. You can proceed with Mr. Anderson's deposition or we can reschedule- that is up to you.

On Wed, Nov 4, 2015 at 9:28 AM, Thomas Dart <Thomas.Dart@arlaw.com> wrote:

Michelle,

1

I am sorry but this is unacceptable. These depositions were set after you received your Request for Production based upon dates you provided. Before they were Noticed, I again advised that we would need the documents a sufficient time before the deposition for review and preparation. At no time did you advise that an extension would be necessary. As a result, we have already made arrangements to travel to Peoria for these depositions.

We have certain time limits that were set under the Case Management Order. We need this initial discovery to determine what other depositions or may be necessary to comply with the bar dates in the Order. When we discussed the time limits, you insisted that the case did not need that much time for preparation and urged an early trial date. Among the relief we have requested is an injunction, which contemplates expedited relief.

We must insist that the documents responsive to the Request be provided so that we can go forward with the depositions Noticed for November 18. Please confirm that this will be done so that we do not have to unnecessarily involve the Court.

Tom


**From:** Michelle Schneiderheinze [mailto:michelle@hunzikerlaw.com]
**Sent:** Wednesday, November 04, 2015 9:55 AM
**To:** Thomas Dart
**Cc:** Greg Hunziker

**Subject:** Re: Talbot v. Anderson

Thomas,

Given the breadth of your request, we are requesting until November 20 to respond. Also, we will likely need a protective order before producing some of documents you have requested. We realize this will require the rescheduling of Mr. Anderson's deposition. It is probably not feasible to conduct that deposition before January given the travel schedules of everyone involved on our side.

If you have any questions, please do not hesitate to contact me at 309-397-4696.


On Wed, Nov 4, 2015 at 8:39 AM, Thomas Dart <Thomas.Dart@arlaw.com> wrote:

Michelle,

I show that the documents responsive to our Request were due yesterday. Please advise.

Tom

2

**From:** Thomas Dart [mailto:Thomas.Dart@arlaw.com]
**Sent:** Monday, October 19, 2015 1:29 PM
**To:** Michelle Schneiderheinze
**Subject:** RE: Talbot v. Anderson

Michelle,

Thanks for getting back with me. I think the 18th will work. However, I want to make sure we have the documents responsive to our RFP and answers to interrogatories a sufficient time before the deposition. I show those due on 11/3, so it should not be a problem.

Will 9:00 AM on 11/18 at your offices be good?

Tom

**From:** Michelle Schneiderheinze [mailto:michelle@hunzikerlaw.com]
**Sent:** Monday, October 19, 2015 10:37 AM
**To:** Thomas Dart
**Subject:** Re: Talbot v. Anderson

November 16, 17, or 18 are the first available dates we have. This deposition should occur at our office in Peoria Illinois.

On Wed, Oct 14, 2015 at 4:00 PM, Thomas Dart <Thomas.Dart@arlaw.com> wrote:

Michelle,

Please provide some dates in November that Scott Anderson will be available for a deposition.

Thank you.

 **Thomas Dart**

3