## Thomas Dart

| | |
|---|---|
| **From:** | Thomas Dart <Thomas.Dart@arlaw.com> |
| **Sent:** | Tuesday, November 24, 2015 11:10 AM |
| **To:** | Michelle Schneiderheinze; Jason Gaskill |
| **Cc:** | Greg Hunziker; Matt Luka; Deborah R. Woodson, CLA, FRP |
| **Subject:** | RE: Proposed Protective Order |

Michelle,
The only documents that you have produced to date are, as you acknowledged, documents that we already had with some minor exceptions that are not really relevant. Over 1/3 of them are articles from third parties sources that are readily available. To date, there are no documents that reflect anything after February 25 when your client cut off further communications. We would have assumed that all of those would have been reviewed and referenced with the Rule 26 production, but certainly well before now. We are nearly 7 months into this case and, as previously noted, 3 weeks past the due date for production. When we scheduled the depositions, we made it clear that we needed the documents beforehand, and there was never any indication that could not be accomplished until after the date for a response was due. We have already continued the depositions for 3 weeks to accommodate this problem, and we are now looking at moving them again.
When we started this case and we were working out the Scheduling Order, your position was that we could get all of this done in a relatively short period of time, which is why we put the deadlines in the Order that are now in place. The apparent lack of attention to these matters are costing my client additional time and fees that are unnecessary.
In short, we need to move this case along, but it appears to us that is only a unilateral concern.
Tom

**From:** Michelle Schneiderheinze [mailto:michelle@hunzikerlaw.com]
**Sent:** Tuesday, November 24, 2015 10:32 AM
**To:** Thomas Dart; Jason Gaskill
**Cc:** Greg Hunziker; Matt Luka; Deborah R. Woodson, CLA, FRP
**Subject:** Re: Proposed Protective Order

Tom,
We are attempting to produce the documents as quickly as possible. The volume of documents is much larger than anticipated. We produced nearly 3000 pages of documents yesterday. I anticipate producing hundreds of more pages to comply with your requests.
I will be working on this throughout this week, but I cannot guarantee that we will have this entirely resolved by then.
If you feel we need to expand the discovery schedule, we can discuss that.
You chose to schedule depositions in advance of the completion of written discovery. We complied because the federal rules do not allow us to restrict the order of discovery.
We are making all reasonable attempts to comply with your requests. What is it that you feel needs Court intervention?

On Tue, Nov 24, 2015 at 9:10 AM, Thomas Dart <Thomas.Dart@arlaw.com> wrote:

Michelle,

We need to clarify that confidential materials do not include any materials that have already been obtained by the other party. We can do this by an agreement. Also, as stated below, all of this should have been addressed before your response date, we don't have time to waste waiting for the judge to enter an order. Furthermore, redaction is not

1



appropriate. We need all of the documents this week. If we can't get them, then we will need to reschedule the depositions and seek some type of guidance from the Court.

Please let me know that the documents will be produced by the end of this work week, which is tomorrow.

Tom


**From:** Michelle Schneiderheinze [mailto:michelle@hunzikerlaw.com]
**Sent:** Tuesday, November 24, 2015 8:41 AM
**To:** Thomas Dart
**Cc:** Jason Gaskill; Deborah R. Woodson, CLA, FRP
**Subject:** Re: Proposed Protective Order


Tom,

To speed this up, I am going to remove the "attorney's eyes only" provision in the protective order. But, we may need to redact some information from certain documents until we can resolve our concerns.

Let me know if you agree to the attached order.


On Mon, Nov 23, 2015 at 3:14 PM, Thomas Dart <Thomas.Dart@arlaw.com> wrote:

Michelle,

As I told you on the phone, we can't agree to an "eyes only" restriction. I need to be able to share the information with my client as he has a better working knowledge of the underlying facts and issues. I am confused as to why this is only coming up now, over 3 weeks after the production was due. There wasn't even an objection timely filed.

Producing the materials, and then not being able to review them or any potential responses by your client in deposition with my client will only further delay discovery. The remaining provisions appear to provide the necessary protections to address such concerns.

Tom


**From:** Michelle Schneiderheinze [mailto:michelle@hunzikerlaw.com]
**Sent:** Monday, November 23, 2015 1:46 PM
**To:** Thomas Dart; Jason Gaskill; Deborah R. Woodson, CLA, FRP
**Subject:** Proposed Protective Order


Tom,

2

Attached please find a proposed protective order. Most of the remaining documents that we intend to produce are confidential and/or proprietary. As we discussed, we will need to agree on a protective order before we can produce those documents.

Michelle N. Schneiderheinze
Attorney at Law
Hunziker Heck & Schneiderheinze LLC
Sixteenth Floor
Commerce Bank Building
416 Main Street
Peoria, Illinois 61602
Telephone: 309.676.7777
Facsimile: 309.676.1326
Cell: 309.397.4696

CONFIDENTIALITY NOTICE: This email contains information from Hunziker Heck & Schneiderheinze LLC. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify us by telephone at 309.676.7777 or by electronic mail to the sender immediately. Subsequent to notification, please delete the message sent to you in error. Thank you.

**Thomas Dart**
Partner

1515 Ringling Boulevard, Suite 700 | Sarasota, FL 34236
main 941.316.7600 | direct 941.316.7603 |
efax 941.316.7903 | fax 941.316.7676

thomas.dart@arlaw.com

**website bio vCard map**

--

Michelle N. Schneiderheinze
Attorney at Law
Hunziker Heck & Schneiderheinze LLC
Sixteenth Floor
Commerce Bank Building
416 Main Street
Peoria, Illinois 61602
Telephone: 309.676.7777