UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT V. TALBOT and
MYCARECOACH, LLC, a Florida
limited liability company,

    Plaintiffs,

v.                                  CASE NO. 8:15-CV-1313-T-24TBM

SCOTT R. ANDERSON and
MYCARECOACH, LLC, an Illinois
limited liability company,

    Defendants.
_____/

## RESPONSE TO PLAINTIFFS' FIRST REQUEST
## FOR PRODUCTION TO DEFENDANTS

Pursuant to Fed.R.Civ.P. 34 and in Response to Plaintiffs' First Request for Production to Defendants, SCOTT R. ANDERSON and MYCARECOACH, LLC an Illinois limited liability company state as follows:

1. Any and all documents relating to Illinois LLC.

**RESPONSE:** <u>See</u> **Defendants' Document Production at 003158-003185.**

2. Any and all documents relating to Florida LLC.

**RESPONSE:** <u>See</u> **Defendants' Document Production at 000001-003152.**

3. Any and all documents relating to the Venture.

**RESPONSE: Defendants dispute there was a Venture.**

4. Any agreements between Illinois LLC and any other party.

**RESPONSE: Defendants will provide all agreements between the Illinois LLC and other party's after the Court rules on its Motion for Protective Order.**

5. Any agreements between Anderson and any other party regarding Illinois LLC.

**RESPONSE: None.**

*Hunziker*
*Lippens &*
*Heck LLC*

*Sixteenth Floor*
*Commerce Bank*
*Building*

*416 Main Street*
*Peoria, Illinois 61602*

*309.676.7777*
*309.676.1326 fax*

*info@hunzikerlaw.com*

EXHIBIT 1 Page 1 of 3

6. Any and all documents or things relating to any communications between Anderson and Talbot regarding a proposed business venture.

**RESPONSE:** Defendants dispute there was a Venture. All communications between Talbot and Anderson regarding the subject matter of this litigation have been provided. See Defendants Document Production at 000001-003152.

7. Any and all documents or things relating to any actions taken by Anderson in connection with the Venture.

**RESPONSE:** Defendants dispute there was a Venture. All documents regarding the subject matter of this litigation have been provided. See Defendants Document Production at 000001-003152.

8. Any and all documents or things relating to any actions taken by Anderson in connection with Illinois LLC.

**RESPONSE:** Scott Anderson is the Manager of the Illinois LLC. So, this request effectively covers every single document generated by him while carrying out his duties. The burden of this production would be extraordinary. Defendants have produced the organizing documents for the Illinois LLC. See Defendants' Document Production at 003158-003185.

9. Any and all documents or things relating to the Offering Memorandum.

**RESPONSE:** See Defendants Document Production at 000001-003152.

10. Any and all documents or things relating to any communications between Anderson and any other person regarding the Venture.

**RESPONSE:** Defendants dispute there was a Venture. All documents regarding the subject matter of this litigation have been provided. See Defendants Document Production at 000001-003152.

11. Any and all documents or things relating to any proposed investor for the Venture and/or the Florida LLC.

**RESPONSE:** Defendants dispute there was a Venture. All documents regarding the subject matter of this litigation have been provided. See Defendants Document Production at 000001-003152.

12. Any and all documents or things relating to any actual or proposed investor for the Illinois LLC.

**RESPONSE:** Defendants will provide the requested documents after the Court

*Hunziker Lippens & Heck LLC*

*Sixteenth Floor*
*Commerce Bank Building*

*416 Main Street*
*Peoria, Illinois 61602*

*309.676.7777*
*309.676.1326 fax*

*info@hunzikerlaw.com*

EXHIBIT 1 Page 2 of 3

rules on their Motion for Protective Order.

13. Any and all documents or things relating to any communications with potential clients or customers of Florida LLC and/or Illinois LLC.

**RESPONSE:** Defendants will provide the requested documents after the Court rules on their Motion for Protective Order.

14. Copies of any notes reflecting any discussions regarding the Venture, Florida LLC and/or Illinois LLC.

**RESPONSE:** None.

15. Any and all documents or things relating to any expenditures for Illinois LLC.

**RESPONSE:** Defendants will provide the requested documents after the Court rules on their Motion for Protective Order.

Respectfully Submitted,

MICHELLE N. SCHNEIDERHEINZE
Illinois Bar No. 6272646
Email: michelle@hunzikerlaw.com
Hunziker Heck & Schneiderheinze LLC
416 Main Street Suite 1600
Peoria, IL 61602
(309) 676-7777
(309) 676-1326(fax)

*Attorney for Defendants Scott R. Anderson and MyCareCoach, LLC.*

*Hunziker Lippens & Heck LLC*

Sixteenth Floor
Commerce Bank Building

416 Main Street
Peoria, Illinois 61602

309.676.7777
309.676.1326 fax

info@bunzikerlaw.com

EXHIBIT 1 Page 3 of 3