UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT V. TALBOT and
MYCARECOACH, LLC, a Florida
limited liability company,

    Plaintiffs,

v.                                CASE NO. 8:15-CV-1313-T-24TBM

SCOTT R. ANDERSON and
MYCARECOACH, LLC, an Illinois
limited liability company,

    Defendants.
_____/

## ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS

PURSUANT TO RULE 33, Federal Rules of Civil Procedure, and for their Answer to Plaintiffs' First Set of Interrogatories to the Defendants, SCOTT R. ANDERSON and MYCARECOACH, LLC an Illinois limited liability company, Defendants state as follows:

### INTERROGATORY NO. 1:

Please identify all members of the Illinois LLC.

### ANSWER:

**Innova Health Care Systems LLC**
**WTM Investments LLC**
**Jenway LLC**

### INTERROGATORY NO. 2:

Please identify any persons or entities that have invested any monies in the Illinois LLC or provided any type of financing to the Illinois LLC for any of its activities.

### ANSWER:

**Innova Health Care Systems LLC**

Hunziker
Lippens &
Heck LLC

Sixteenth Floor
Commerce Bank
Building

416 Main Street
Peoria, Illinois 61602

309.676.7777
309.676.1326 fax
info@bunzikerlaw.com

Exhibit 2 Page 1 of 4

WTM Investments LLC
Jenway LLC

### INTERROGATORY NO. 3:

Please identify all persons or entities with whom the Illinois LLC has contracted in any capacity, and identify any such contract.

**ANSWER:**

**See** Defendants document production at 0003153-0003157 (Vendor Report). Defendants will provide vendor contracts after the Court rules on their Motion for Protective Order.

### INTERROGATORY NO. 4:

Please identify all persons who are employed by the Illinois LLC as an employee, independent contractor, agent or otherwise and identify any employment agreements or other agreements with said persons or entities.

**ANSWER:**

**Defendants will provide the requested information after the Court rules on their Motion for Protective Order.**

### INTERROGATORY NO. 5:

Please identify all persons or entities with whom you, or any person on behalf of the Illinois LLC, had communications concerning securing financing for the activities of the Illinois LLC and provide the date(s) of any such communications.

**ANSWER:**

**None. The company has not sought any financing.**

### INTERROGATORY NO. 6:

Please identify any persons or entities to, with or for whom, the Illinois LLC or you provide any services related to CPT Code 99490, and provide the nature of the services, and any contracts or agreements with said persons or entities.

*Hunziker*
*Lippens &*
*Heck LLC*

Sixteenth Floor
Commerce Bank Building

416 Main Street
Peoria, Illinois 61602

309.676.7777
309.676.1326 fax
info@hunzikerlaw.com

Exhibit 2 Page 2 of 4

**ANSWER:**

**Defendants will provide a list of all entities which it has provided any services related to CPT Code 99490 after the Court rules on their Motion for Protective Order.**

**INTERROGATORY NO. 7:**

Please describe the nature of the services that the Illinois LLC offers to provide to any third parties.

**ANSWER:**

**The goal of the "Illinois LLC" is to provide CPT Code 99490 services to medical providers in compliance with all applicable laws and regulations.**

**INTERROGATORY NO. 8:**

Please identify all persons or entities with whom you, or any person on behalf of the Illinois LLC, had communications concerning the Illinois LLC's services related to CPT Code 99490.

**ANSWER:**

**Defendants will provide a list of all "targeted" entities which it has offered to prove any services related to CPT Code 99490 after the Court rules on their Motion for Protective Order.**

Respectfully Submitted,

MICHELLE M. SCHNEIDERHEINZE
Illinois Bar No. 6272646
Email: michelle@hunzikerlaw.com
Hunziker Heck & Schneiderheinze LLC
416 Main Street Suite 1600
Peoria, IL 61602
(309) 676-7777
(309) 676-1326(fax)

*Attorney for Defendants Scott R. Anderson and MyCareCoach, LLC.*

*Hunziker Lippens & Heck LLC*

*Sixteenth Floor*
*Commerce Bank Building*
*416 Main Street*
*Peoria, Illinois 61602*
*309.676.7777*
*309.676.1326 fax*
*info@hunzikerlaw.com*

Under the penalties of perjury, I declare that I have read the answers to the interrogatories and the answers in response thereto are accurate and true.

_____
SCOTT R. ANDERSON

MYCARECOACH, LLC, an Illinois limited liability company

By: _____
Scott R. Anderson, *Manager*

STATE OF *Illinois*
COUNTY OF *Peoria*

SWORN TO AND SUBSCRIBED before me this *18th* day of *December*, 2015 by SCOTT R. ANDERSON (X) who is personally known to me or ( ) has produced _____ as identification.

**OFFICIAL SEAL**
**CASSANDRA L SCOTT**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/23/18

_____
Signature of Notary Public
Print name: *Cassandra Scott*

*11/23/18*
My commission expires:

STATE OF *Illinois*
COUNTY OF *Peoria*

SWORN TO AND SUBSCRIBED before me this *18th* day of *December*, 2015 by MYCARECOACH, LLC, an Illinois limited liability company. (He)/she (X) is personally known to me or ( ) has produced _____ as identification.

**OFFICIAL SEAL**
**CASSANDRA L SCOTT**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/23/18

_____
Signature of Notary Public
Print name: *Cassandra Scott*

*11/23/18*
My commission expires:

**Hunziker Lippens & Heck LLC**

Sixteenth Floor
Commerce Bank Building
416 Main Street
Peoria, Illinois 61602
309.676.7777
309.676.1326 fax
info@hunzikerlaw.com

Exhibit 2 Page 4 of 4