UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT V. TALBOT and
MYCARECOACH, LLC, a Florida
limited liability company,

    Plaintiffs,

v.     CASE NO. 8:15-cv-1313-T-TBM

SCOTT R. ANDERSON and
MYCARECOACH, LLC, an Illinois
limited liability company,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL TO DEFENDANTS SCOTT R. ANDERSON AND MYCARECOACH, LLC

Undersigned counsel respectfully moves to withdraw as counsel to Defendants Scott R. Anderson and MyCareCoach, LLC. This motion is filed with the knowledge and consent of the Defendants and at the Defendants' request.

Undersigned counsel entered his notice of appearance on June 2, 2015. (doc. 3). Undersigned counsel was acting as local counsel to non-resident counsel Michelle Schneiderheinze. (doc. 5). Defendants informed Ms. Schneiderheinze and undersigned counsel that they wished to terminate the representation. Ms. Schneiderheinze has previously filed a motion to withdraw as counsel to the Defendants. (doc. 35).

Undersigned counsel provided a copy of this motion to withdraw by First Class Mail to the Defendants at their last known addresses:

| | |
|---|---|
| Scott Anderson | MyCareCoach LLC |
| 6427 West Sommer Place | 2619 W Heading Ave #303 |
| Edwards, IL 61528 | West Peoria, IL 61604 |

1

WHEREFORE, undersigned counsel respectfully requests the Court terminate undersigned counsel's representation of the Defendants.

Respectfully Submitted,

*/s/ P. Matthew Luka*
P. MATTHEW LUKA
Florida Bar No. 555630
Email: mluka@trombleyhaneslaw.com
Trombley & Hanes, P.A.
707 North Franklin Street, 10th Floor
Tampa, Florida 33602
Telephone: (813) 229-7918
 Facsimile: (813) 223-5204

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

THOMAS H. DART
JASON T. GASKILL
Adams and Reese LLP
1515 Ringling Boulevard, Suite 700
Sarasota, Florida 34236

/s/ *P. Matthew Luka*
P. MATTHEW LUKA