UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT V. TALBOT and
MYCARECOACH, LLC, a Florida
limited liability company,

    Plaintiffs,

v.                                      CASE NO. 8:15-CV-1313-T-24TBM

SCOTT R. ANDERSON and
MYCARECOACH, LLC, an Illinois
limited liability company,

    Defendants.
_____/

## AMENDED MOTION TO WITHDRAW

NOW COMES Michelle N. Schneiderheinze, and Petitions the Court for permission to withdraw as counsel for Defendants, SCOTT R. ANDERSON and MYCARECOACH LLC, an Illinois limited liability Company, and for reasons states as follows:

    1.    Defendants, SCOTT R. ANDERSON and MYCARECOACH LLC, an Illinois limited liability Company, are unable to fulfill their obligations to undersigned counsel for reasons unforeseen to either Defendants or undersigned counsel.

    2.    Defendants have requested the undersigned withdraw as counsel of record and cease all further activity in this matter.

3. The last known address of Defendant Scott Anderson is:

415 Hampton Cove

Peoria, IL 61607-1080

4. The last known address of Defendant MyCareCoach LLC is:

2619 W Heading Ave #303

West Peoria, IL 61604

WHEREFORE, Michelle N. Schneiderheinze prays for leave to withdraw as counsel for Defendants, SCOTT R. ANDERSON and MYCARECOACH LLC, an Illinois limited liability Company.

    Respectfully submitted,

    _/s/Michelle N. Schneiderheinze__
    MICHELLE N. SCHNEIDERHEINZE
    Attorney at Law
    416 Main Street – Suite 1600
    Peoria IL 61602
    (309)676-7777
    (309)676-1326(fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of February 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

THOMAS H. DART
Adams and Reese LLP
1515 Ringling Boulevard, Suite 700
Sarasota, Florida 34236

P. MATTHEW LUKA
Trombley & Hanes, P.A.
707 N. Franklin St., 10th Floor
Tampa, FL 33602

I further certify that the undersigned served a copy of the forgoing and any attached pleadings on the parties indicated below by First Class Mail postage prepaid from Peoria, Illinois, addressed to the said person(s) to whom said Instrument is directed on February 24, 2016 before 5 p.m.:

| | |
|---|---|
| Scott Anderson<br>415 Hampton Cove<br>Peoria, IL 61607-1080 | MyCareCoach LLC<br>2619 W Heading Ave #303<br>West Peoria, IL 61604 |

/s/ *Michelle N. Schneiderheinze*
MICHELLE N. SCHNEIDERHEINZE
Illinois Bar No.  6272646
Email: michelle@hunzikerlaw.com
Hunziker Heck & Schneiderheinze LLC
416 Main Street Suite 1600
Peoria, IL 61602
(309) 676-7777
(309) 676-1326(fax)
*Attorney for Defendants Scott R. Anderson and MyCareCoach, LLC.*