**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ROBERT V. TALBOT and
MYCARECOACH, LLC, a
Florida limited liability company,**

      **Plaintiffs,**

**v.**                                                **Case No. 8:15-cv-1313-T-TBM**

**SCOTT R. ANDERSON and
MYCARECOACH, LLC, an
Illinois limited liability company,**

      **Defendants.**
                                     /

**O R D E R**

THIS MATTER is before the Court on a **Motion to Withdraw as Counsel to Defendants Scott R. Anderson and MYCARECOACH** (Doc. 37), filed by Matthew Luka, Esq., and an **Amended Motion to Withdraw [as Counsel to Defendants]** (Doc. 38), filed by Michelle N. Schneiderheinze, Esq.  Plaintiffs have filed a response in opposition.  (Doc. 39).  A hearing on the motions was held via telephone on March 23, 2016.

By her Motion (Doc. 38), attorney Schneiderheinze seeks permission to withdraw as counsel for Defendants.  Counsel states that Defendants have requested her to withdraw as counsel and cease all further activity in this case.  As grounds, counsel asserts that Defendants "are unable to fulfill their obligations to undersigned counsel for reasons unforeseen to either Defendants or undersigned counsel."  Given Ms. Schneiderheinze's Motion, Matthew Luka, as local counsel for Defendants, also moves to withdraw.  (Doc. 37).

In response, Plaintiffs urge the Court to deny the Motions because Defendants have not complied fully with outstanding written discovery and they have not been deposed. Further, Plaintiffs advise that they "have since learned that Defendants may be actively seeking to sell off the assets held by Defendants, which assets are the subject of the claims by the Plaintiffs in this action." In light of these circumstances, Plaintiffs contend they will be substantially prejudiced if the Motions are granted. In the alternative, Plaintiffs ask the Court to hold the Motions in abeyance until Defendants comply with discovery and commit to depositions in Tampa. (Doc. 39).

On consideration, attorney Luka's **Motion to Withdraw as Counsel to Defendants Scott R. Anderson and MYCARECOACH** (Doc. 37) and attorney Schneiderheinze's **Amended Motion to Withdraw [as Counsel to Defendants]** (Doc. 38) are **GRANTED**. As indicated at the hearing and by Order dated March 25, 2016, the Court deferred ruling on the Motions pending notification by defense counsel that outstanding discovery has been provided to Plaintiffs. (Doc. 45). On April 5, 2016, defense counsel filed a notice with the Court advising that such production is complete. (Doc. 46).

Accordingly, Ms. Schneiderheinze and Mr. Luka are excused from further responsibility in these proceedings and the Clerk is directed to terminate them from the record. Defendants, Scott R. Anderson and MYCARECOACH LLC (the "Illinois LLC"), are directed to file, in writing, **within twenty (20) days**, a notice of appearance of new counsel or notice of intent to proceed *pro se*. Mr. Anderson is further directed to comply with Court Orders and appear for court proceedings as noticed. Because a corporation may appear and be heard only through counsel, pursuant to Local Rule 2.03(e), the Illinois LLC is directed to file a notice of appearance of substitute counsel **within twenty (20) days** from the date of this

Order.  The Clerk is directed to mail a hard copy of this Order and all future notices and filings to:

>Scott Anderson
>415 Hampton Cove
>Peoria, IL 61607-1080
>
>MyCareCoach LLC
>2619 W Heading Ave #303
>West Peoria, IL 61604

(Doc. 38 at 2), and to update the docket to reflect Defendants' addresses.  Should the need arise at this juncture of the case, Mr. Anderson is permitted to mail hard copies of his filings to the Clerk of the Court instead of filing in person at the courthouse.[1]

**Done and Ordered** at Tampa, Florida, this 6th day of April 2016.

*(signature)*
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record
*Pro se* Defendants

---

[1] Mr. Anderson has not motioned the Court for electronic filing privileges.